```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CLAUDEL P. SAINTILIEN, SR., <br><br>      Plaintiff, <br><br>  v. <br><br>CAMDEN COUNTY DEPARTMENT OF CORRECTION, <br><br>      Defendant. | Civil Action <br> No. 16-6747 (JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Claudel P. Saintilien, Sr., seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    According to the application, Plaintiff receives $885 per month, has "a bit over two-thousand", has no dependents, and has "undeterminable" monthly expenses. Based on the submitted application, Plaintiff can afford to pay the $350 filing fee and $50 administrative fee. If Plaintiff believes the submitted application does not reflect his financial situation, he may submit a new IFP application.

    An appropriate order follows.

**October 19, 2016**                          s/ Jerome B. Simandle
Date                                    JEROME B. SIMANDLE
                                          Chief U.S. District Judge